■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS HENDRICKS, Appellant. [755 NYS2d 916] —Appeal from a

resentence of Oneida County Court (Dwyer, J.), entered September 11, 2000, pursuant to an order of this Court entered March 29, 2000 (*People v Hendricks*, 270 AD2d 944 [2000]).

It is hereby ordered that the resentence so appealed from be and the same hereby is unanimously affirmed. Present—Green, J.P., Wisner, Scudder, Burns, and Gorski, JJ.